DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES MICHAEL HENRY,**
Appellant,

v.

**CHEYENNE M. HENRY,**
Appellee.

No. 4D17-1789

[November 9, 2017]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 2016DR006077.

Charles Michael Henry, Lake Worth, pro se.

Scott M. Weiss of Weiner & Weiss, LLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***